IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON DEAN SHORT                                                                       PLAINTIFF

v.                                           Civil No. 4:16-cv-04080

NURSE SHANNON TALLANT;
DR. ANGIE MARTIN; JAIL
ADMINISTRATOR CHRIS WOLCOTT;
and DETENTION OFFICER ANGELA
CROSS                                                                                  DEFENDANTS

**ORDER**

Plaintiff Jason Dean Short proceeds in this matter *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to Supplement Complaint.  ECF No. 12.

Plaintiff's Motion to Supplement Complaint states "Comes now the Plaintiff, Jason Short, for a motion to amend some papers where the jail continues to deny and/or improper treat medically".  ECF No. 12.  Attached to the Motion are two pages of what appears to be the jail's records of certain medication dispensed to Plaintiff on various dates.  Plaintiff has also attached three grievance forms submitted to the jail after he filed his complaint.  Two of these grievances request a "medical mat" to sleep on.  ECF No. 12.  I find Plaintiff has not filed this Motion for the purpose of undue delay and Defendants will not be prejudiced at this stage of the litigation.

Accordingly, Plaintiff's Motion to Supplement (ECF No. 12) is **GRANTED.  The Clerk is DIRECTED to file Plaintiff's Motion as a Supplement to the Complaint.**

DATED this 7th day of December 2016.

/s/ Barry A. Bryant_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE