IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON DEAN SHORT                                                                               PLAINTIFF

v.                                          Civil No. 4:16-cv-04080

NURSE SHANNON TALLANT;
DR. ANGIE MARTIN; JAIL
ADMINISTRATOR CHRIS WOLCOTT;
and DETENTION OFFICER ANGELA
 CROSS                                                                                         DEFENDANTS

## **ORDER**

On June 14, 2017, Plaintiff filed a document with the Court entitled a Motion for Summary Judgment. ECF No. 36. Upon review, it is clear this document was intended as a Response to Defendants' Motion for Summary Judgment. ECF No. 31. On June 21, 2017, Plaintiff filed a second Response (ECF No. 38) to Defendants' Motion for Summary Judgment. In deciding the Motion for Summary Judgment, the Court will consider each of the Responses filed by Plaintiff. There is no need for Defendants to file a response to Plaintiff's first Response. ECF No. 36.

**IT IS SO ORDERED this 27th day of June 2017.**

                                                /s/ Barry A. Bryant_____
                                                HON. BARRY A. BRYANT
                                                UNITED STATES MAGISTRATE JUDGE