IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON DEAN SHORT                                                                          PLAINTIFF

V.                                    CASE NO. 4:16-CV-04080

NURSE SHANNON TALLANT;
DR. ANGIE MARTIN; JAIL
ADMINISTRATOR CHRIS WALCOTT;
and DETENTION OFFICER ANGELA CROSS                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 10, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 40. Plaintiff has filed timely objections. ECF No. 41.

Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 31) be granted and that this matter be dismissed with prejudice. Although Plaintiff filed objections, those objections simply re-state Plaintiff's previous arguments and are not specific so as to trigger *de novo* review. Accordingly, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Defendants' Motion for Summary Judgment (ECF No. 31) is hereby **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of November 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge